

**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

# Court of Appeals

## Thirteenth District of Texas

January 22, 2015

Hon. M. Sameer Ahmed
Ahmed, Alexander & Molina, LLP
4009 S. Sugar Road
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00035-CV
Tr.Ct.No.  C-6646-14-C
Style:    Bernadette Morales and Sandra Gonzalez v. Omar H. Saenz, Elizabeth M.
          Saenz, Margarita Lopez Perez and Alfredo Morales

Dear Counsel:

Upon review of the notice of appeal in the above cause, it appears that the appeal has not been timely perfected. Pursuant to TEX. R. APP. P. 42.3, you are hereby given notice of this defect so that steps may be taken to correct the defect, if it can be done. If, after the expiration of ten days from the date of this letter, this defect is not cured, this appeal shall be dismissed. The parties should file a docketing statement with this Court within 15 days from the date of this notice. *See* TEX. R. APP. P. 5, 32. Also, please remit the $195.00 filing fee within ten days from the date of this notice.

Also, it appears that the notice of appeal does not comply with Tex. R. App. P. 25.1(d) (6). The amended notice of appeal should be filed with the district clerk within 10 days from the date of this notice, and a copy should be forwarded to this Court.

Appeals and original proceedings in this Court are governed by the Texas Rules of Appellate Procedure. The parties to this cause should review the rules and ensure that their filings meet the requirements of the rules. The parties should also review information regarding the Court's policies and procedures which can be found on the Court's website at http://www.txcourts.gov/13thcoa.aspx. The Court's website includes a wide variety of useful links and specific information about matters such as fees, motions, the alternative dispute resolution program, oral argument, and access to appellate records.

Under the recent amendments to the appellate rules, effective January 1, 2014, all attorneys in civil and criminal cases are required to file all documents (except a document submitted under seal or subject to a motion to seal) with the Court through the eFileTexas.gov electronic filing system. Parties not represented by an attorney are strongly encouraged to e-file documents, but e-filing is not required. An e-filer is not required to file any paper copies of an e-filed document unless specifically requested by

FILE COPY

the Court.   All e-filed documents must conform to Rule 9 of the Texas Rules of Appellate Procedure.   If a party is not required to e-file a document, the original and one unbound copy of the document should be filed.   *See id.* R. 9.3(a)(1).   All documents, e-filed or submitted in paper, must be redacted in compliance with Rule 9, *see id.* R. 9.9, 9.10, and e-filed briefs must follow the Texas Supreme Court's Redaction Guidelines.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:pf
cc:   Hon. Ricardo Perez
       Hon. Laura Hinojosa (DELIVERED VIA E-MAIL)
       Mr. Jessie Salazar (DELIVERED VIA E-MAIL)